UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EDDIE J. ARMANT (#150261)**               **CIVIL ACTION**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**               **NO. 19-815-JWD-EWD**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 5) dated April 6, 2020, to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss (Doc. 3) filed on behalf of James LeBlanc, is GRANTED, and Plaintiff's claims against James LeBlanc are DISMISSED WITH PREJUDICE for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff is granted a period of **twenty-one (21) days** from the date of this Opinion to file a Motion for Leave to Amend his Complaint to address the deficiencies explained in the Report and Recommendation (Doc. 5) with regard to his claims against James LeBlanc.

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for further proceedings on Plaintiff's remaining claims (i.e., Plaintiff's claims against Dr. Ashleigh Fliming, Suzan Connors, and the EHCC Mental Health Director).

Signed in Baton Rouge, Louisiana, on <u>April 21, 2020</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**