UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**EDDIE J. ARMANT (#150261)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

CIVIL ACTION

NO. 19-815-JWD-EWD

<u>AMENDED OPINION</u>

The Court notes that after the original opinion was issued adopting the Report and Recommendation of the Magistrate Judge, the Court received Plaintiff's objection to the report and recommendation, (Doc. 8). The Objection has been considered and reviewed by this Court and renders the following ruling:

**IT IS ORDERED** that the Motion to Dismiss (Doc. 3) filed on behalf of James LeBlanc, is GRANTED, and Plaintiff's claims against James LeBlanc are DISMISSED WITH PREJUDICE for failure to state a claim.

**IT IS FURTHER ORDERED** that Plaintiff is granted a period of **twenty-one (21) days** from the date of this Opinion to file a Motion for Leave to Amend his Complaint to address the deficiencies explained in the Report and Recommendation (Doc. 5) with regard to his claims against James LeBlanc.

**IT IS FURTHER ORDERED** that this matter is referred to the magistrate judge for further proceedings on Plaintiff's remaining claims (i.e., Plaintiff's claims against Dr. Ashleigh Fliming, Suzan Connors, and the EHCC Mental Health Director).

Signed in Baton Rouge, Louisiana, on <u>May 5, 2020</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**