UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EDDIE J. ARMANT (#150261)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

CIVIL ACTION

NO. 19-815-JWD-EWD

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 16) dated October 21, 2020, to which objections were filed and considered (Docs. 21, 22, 23 and 27);

**IT IS ORDERED** that the Plaintiff's Motions for Leave to Amend Complaint (Docs. 9 and 13) are GRANTED IN PART AND DENIED IN PART. To the extent Plaintiff continues to allege claims against James M. LeBlanc, those claims will not be considered because allegations regarding LeBlanc's handling of Plaintiff's grievance, and suggestions that LeBlanc should be liable because he must have been aware of Plaintiff's complaints, do not state a claim. To the extent the proposed amendments add factual information for claims other than those against James LeBlanc, the Motions for Leave to Amend Complaint is granted.

Signed in Baton Rouge, Louisiana, on November 16, 2020.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**