UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**EDDIE J. ARMANT (#150261)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

**CIVIL ACTION**

**NO. 19-815-JWD-EWD**

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 34) dated March 17, 2021, to which an objection was filed and considered (Doc. 37);

**IT IS ORDERED** that Plaintiff's claims shall be DISMISSED WITH PREJUDICE for failure to timely effect service against the remaining Defendants, and that this matter shall be CLOSED.

**IT IS FURTHER ORDERED** that Plaintiff's motion to proceed in forma pauperis with statement of account, (Doc. 36) is DENIED for reasons set forth in the report and recommendation (Doc. 34).

Signed in Baton Rouge, Louisiana, on May 19, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**